## STEPHENS v. N.C. FARM BUREAU MUT. INS. CO.

No. 4P93

Case below: 108 N.C.App. 354

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

## TEAGUE v. WESTERN CAROLINA UNIVERSITY

No. 71P93

Case below: 108 N.C.App. 689

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

## TUTTERROW v. LEACH

No. 411A92

Case below: 107 N.C.App. 703

Appeal by plaintiffs is dismissed *ex mero motu* by the Court in conference 11 March 1993.

## WILKIE v. N.C. DEPARTMENT OF JUSTICE

No. 72P93

Case below: 108 N.C.App. 786

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.